UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :    INDICTMENT

       -v.-                      :    08 Cr.

JAVIER BELLO,                    :

          Defendant.           :

- - - - - - - - - - - - - - - - x

**08 CRIM 443**

COUNT ONE

The Grand Jury charges:

On or about March 18, 2008, in the Southern District of New York, JAVIER BELLO, the defendant, after having been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about May 18, 1999 for Attempted Criminal Sale of a Controlled Substance in the Third Degree, in violation of New York Penal Law Section 220.39, a Class C felony, did possess in and affecting commerce, firearms, to wit, two 9 millimeter Jennings automatics, which previously had been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____             _____
FOREPERSON                            MICHAEL J. GARCIA
                                      United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JAVIER BELLO,

Defendant.

INDICTMENT

08 Cr.

(18 U.S.C. § 922(g)(1))

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

Foreperson.

5/19/08

*Indictment filed; case assigned to Judge Hellerstein to Judge ELLIS J.*