05/22/2008 Case 1:08-cr-00443-AKH Document 6 Filed 05/22/2008 Page 1 of 1

*Called*

# GEOFFREY S. STEWART
### ATTORNEY AT LAW





350 BROADWAY
SUITE 700
NEW YORK, NY 10013
Tel: (212) 625-9696
Fax: (212) 625-3939
gstewart.defender@verizon.net

May 22, 2008

VIA FACSIMILE
212-805-7942

Hon. Alvin K. Hellerstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1050
New York, NY 10007

*The conference is adjourned until Tuesday, May 27, 2008 at 12 p.m.*
*X [signature] 5-22-08*

Re: **United States v. Javier Bello,**
     **Ind. No. 08cr443**

Dear Judge Hellerstein:

I write to respectfully request that the conference scheduled for Friday, May 23, 2008 at 11:00 A.M. be continued to tomorrow after 2:15 PM or to a date next week. I am involved in pre-trial hearings on the matter of People v. Randy Ramkishun in New York Supreme Court. I am available any day next week in the afternoon. I have left a message with A.U.S.A. Kasulis regarding scheduling but have not heard back from him as of yet.

Thank you for your courtesies.

Very truly yours,

Geoffrey S. Stewart

GSS/pl
cc: Telemachus Philip Kasulis
    (via facsimile 212-637-2527)